IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SBS STEEL BELT USA, INC., an Illinois company, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 1:19-cv-8204<br>) |
| v. | ) Honorable Andrea R. Wood<br>) |
| SECURE RESOURCES, INC., a Canadian company, | ) Magistrate Jeffrey I. Cummings<br>)<br>) |
| Defendant. | )<br>) |

**MOTION TO REINSTATE AND TO ENTER JUDGMENT**

Plaintiff, SBS STEEL BELT USA, INC. ("SBS"), by and through its attorneys, Reinhold F. Krammer of Masuda, Funai, Eifert & Mitchell, Ltd., hereby moves to reinstate this cause and to enter judgment pursuant to the Settlement Agreement and Agreed Order of Dismissal entered into in this cause, and provides as follows:

1.      On or about April 14, 2020, SBS and SECURE RESOURCES, INC. ("SRI") entered into a Settlement Agreement (the "Settlement Agreement"). On or about April 28, 2020, this Court entered an Agreed Order of Dismissal. Dkt. No. 21.

2.      Pursuant to the terms of the subject Settlement Agreement, Defendant, SRI was to make certain payments to plaintiff SBS pursuant to the payment provisions contained within paragraph 2 of the Settlement Agreement.

3. However, contrary to the provisions of paragraph 2 of the Settlement Agreement, Defendant, SRI has failed to make all of the required installment payments. Past due and owing under the Settlement Agreement is $21,271.14.

4. As a result of such failure, SBS issued to SRI and its counsel a demand letter, pursuant to the Settlement Agreement, requesting a cure of the default. (See Exhibit "A").

5. Despite the issuance of the foregoing demand letter, SRI has failed to cure such default.

6. As a result of the failure to cure, SBS is causing to be filed herewith the Declaration of Mr. Jeffrey Ahrstrom, President of SBS (See Exhibit "B"), setting forth the fact of such default or breach, and the remaining balance due and owing from SRI.

7. Pursuant to the provisions of the Agreed Order of Dismissal, as a result of such breach, and the filing of the aforementioned Declaration, SBS is entitled to judgment against SRI, for the amount and relief set forth in the proposed Judgment Order, a copy of which is attached hereto as Exhibit "C."

**WHEREFORE**, Plaintiff SBS STEEL BELT USA, INC., prays for judgment against Defendant, SECURE RESOURCES, INC., as set forth in the proposed Judgment Order attached hereto as Exhibit "C" and for other relief as may be just and fair.

Dated: August 17, 2020

                              **SBS STEEL BELT USA, INC.**

                              By:   /s/ Reinhold F. Krammer
                                   One of its Attorneys

Reinhold F. Krammer, Esq.
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
Attorney for Plaintiff
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312) 245-7500
(312) 245-7467
rkrammer@masudafunai.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

    /s/ Reinhold F. Krammer